UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-13-09
```

– – – – – – – – – – – – – – – – – – – – – – x

SINOYING LOGISTICS PTE. LTD. et al.,   :

              Plaintiffs,   :

                       :

  – against –            :

YA DA XIN TRADING CORPORATION   :
(PHILIPPINES) et al.,

                       :

           Defendants.   :

– – – – – – – – – – – – – – – – – – – – – – x

08 Civ. 3754 (DC)

**ORDER RELEASING
CERTAIN ATTACHED
FUNDS**

At a conference on April 8, 2009, counsel for plaintiffs and counsel for

proposed intervenor The Hongkong and Shanghai Banking Corporation Limited

("Hongkong Bank") advised the Court that a wire transfer (the "HSBC Wire") in the

amount of $196,870.28 initiated by defendant Ya Da Xin Trading Corporation and en route

to an account at Hongkong Bank in Hong Kong stands attached in the hands of garnishee

HSBC Bank USA, N.A. ("HSBC Bank USA") pursuant to process of maritime attachment

and garnishment issued in this action.  Because the Order for Process of Maritime

Attachment is for a sum of $440,480, plaintiffs' counsel agreed that $156,390.28 of the

HSBC Wire, which represents the amount that plaintiffs are over-secured, should now be

released and permitted to continue on the original wire instructions.

The Court having considered the matters presented, it is hereby

ORDERED that $156,390.28 from the HSBC Wire is released from attachment, with garnishee HSBC Bank USA directed to send the released $156,390.28 to Hongkong Bank in accordance with the original wire instructions for the HSBC Wire; and it is further

ORDERED that, except as provided in the preceding paragraph, no funds attached in this action are to be released from any garnishee bank except by further order on notice to all appearing parties

SO ORDERED.

Dated:   New York, New York
      April **13**, 2009

Hon. DENNY CHIN
United States District Judge